ALFRED C. HERNANDEZ, SR., Respondent, v. GRANDVIEW DAIRY, INC., Appellant.— Appeal dismissed, without costs. (Civ. Prac. Act, § 583; *Stevens* v. *Naumburg*, 214 App. Div. 94.) Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

MOE H. HOROWITZ, Appellant, v. BRIDGET E. GALLIVAN, Respondent.— Order granting defendant's motion to cancel *lis pendens* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

DAVID KOSS, Respondent, v. JACOB MARINOFF, Appellant, and ESTHER MARINOFF and Others, Defendants.— Order denying motion to dismiss complaint and to cancel notice of pendency of action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

JOSEPH LANZETTA, Appellant, v. CHRISTOPHER G. KNORR, Respondent, and Others, Defendants. (Appeal No. 1.) — Order directing compulsory reference reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the record fails· to establish that the trial of the action will require the examination of a long account. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

JOSEPH LANZETTA, Appellant, v. CHRISTOPHER G. KNORR, Respondent, and Others, Defendants. (Appeal No. 2.) — Order opening plaintiff's default upon conditions, in so far as appealed from, reversed upon the law and the facts, with ten dollars costs and disbursements. We are of opinion that the conditions imposed upon the granting of the motion to open the default were improper. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

ARTHUR L. LIVERMORE, Plaintiff, v. PERCY N. FURBER, Appellant. ERNEST G. METCALFE and MAURICE E. DAVIS, Respondents.— Order requiring appellant to serve a reply affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

EVELYN E. MAGEE, Appellant, v. LONG ISLAND DRUG Co., INC., Respondent.— Orders denying plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.